APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION |
|  | : |  |
| v. | : |  |
|  | : |  |
|  | : | NO. |

ORDER

AND NOW, this _____ Day of _____, ____, it is hereby

ORDERED that the application of _____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

_____ GRANTED.

_____ DENIED.

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 19-cv-1879

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, _____Alan J. Reinach_____ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A.   I state that I am currently admitted to practice in the following state jurisdictions:

| California | 11/24/1998 | 196899 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| New York | 03/22/1988 | 2191526 |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
|  |  |  |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.   I state that I am currently admitted to practice in the following federal jurisdictions:

| C.D.CA | 01/26/1999 | 196899 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| ED CA | 05/24/1999 | 196899 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| SDNY | 09/26/1989 | **2191526** |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C.   *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for*     Gerald E. Groff

(Applicant's Signature)

5/20/2019
(Date)

APPLICANT'S FIRM NAME / ADDRESS / TELEPHONE NUMBER:

Church State Council, 2686 Townsgate Road, Westlake Village, CA 91361,

805-413-7398

Sworn and subscribed before me this

20 Day of MAY, 2019

Notary Public

ETELIA WARDEN
Notary Public – California
Ventura County
Commission # 2225989
My Comm. Expires Dec 21, 2021

10/04

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**          **GOVERNMENT CODE § 8202**

☐ See Attached Document (Notary to cross out lines 1–6 below)
☒ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

1. I am an attorney who is not currently admitted to either
2. the bar of this court or the bar of the Supreme Court of
3. Pennsylvania, but I am at present a member of
4. the aforesaid bars in good standing as per the attached
5. _____
6. _Alan J Reinach_

*Signature of Document Signer No. 1*        *Signature of Document Signer No. 2 (if any)*

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Ventura

Subscribed and sworn to (or affirmed) before me on this __20__ day of __May__, 20_19_,
by   Date        Month        Year

(1) Alan Jay Reinach

(and (2) _____ ),
Name(s) of Signer(s)

ETELIA WARDEN
Notary Public – California
Ventura County
Commission # 2225989
My Comm. Expires Dec 21, 2021

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _E Warden_
*Signature of Notary Public*

*Place Notary Seal Above*

———————— **OPTIONAL** ————————

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: Application for to Practice  Document Date: 5/20/19

Number of Pages: 4   Signer(s) Other Than Named Above: N/A

©2016 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5910

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ___Alan J. Reinach___ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| David W. Crossett, Esquire | [signature] | 04/20/2012 | 313031 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Cornerstone Law Firm, LLC, 8500 Allentown Pike, Suite 3, Blandon, PA 19510

610-926-7875

Sworn and subscribed before me this

22nd Day of May, 2019

_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
Valerie Alyssa Kramer, Notary Public
Montgomery County
My commission expires January 21, 2022
Commission number 1281278
Member, Pennsylvania Association of Notaries

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|   |   |   |
|---|---|---|
|   | : | CIVIL ACTION |
|   | : |   |
| v. | : |   |
|   | : |   |
|   | : | NO. |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of_____

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was served as follows:

_____

_____

_____

_____
Signature of Attorney

_____
Name of Attorney

_____
Name of Moving Party

_____
Date