IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GERALD E. GROFF,

                Plaintiff,

    v.

LOUIS DEJOY, Postmaster General, United States
Postal Service,

                Defendant.

CIVIL ACTION
No. 19-1879

**ORDER**

     **AND NOW**, this  6th  day of April, 2021, upon review of all pending motions
in this matter, as well as all responses and replies, and after oral argument being held, it is
hereby **ORDERED** as follows:

     1.  Defendant's Motion for Summary Judgment as to Counts I and II of the
Amended Complaint (Docket No. 36) is **GRANTED**;

     2.  Plaintiff's Motion for Partial Summary Judgment as to Count II of the
Amended Complaint (Docket No. 37) is **DENIED**;

     3.  Plaintiff's Motion for Sanctions (Docket No. 38) is **DENIED**;

     4.  Judgment shall be **ENTERED** in favor of Defendant; and

     5.  The Clerk of Court shall **CLOSE** this case.

                        **BY THE COURT:**

                        **/s/ Jeffrey L. Schmehl**
                        Jeffrey L. Schmehl, J.