# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GERALD E. GROFF,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | **CIVIL ACTION NO.** |
| : | **19-CV-1879** |
| : | |
| **LOUIS DEJOY** : | |
| **POSTMASTER GENERAL,** : | |
| **UNITED STATES** : | |
| **POSTAL SERVICE,** : | |
| : | |
| **Defendant.** : | |

## PLAINTIFF GERALD E. GROFF'S MOTION FOR
## PARTIAL SUMMARY JUDGMENT

Plaintiff Gerald E. Groff moves for partial summary judgment under Federal Rule of Civil Procedure 56 on Count II, failure to accommodate under Title VII, Dkt. 7 at ¶¶ 57–66; 42 U.S.C. § 2000e, *et seq*. For the reasons given in the accompanying brief in support of summary judgment, supported by the brief's appendix ("App.") and the Joint Stipulation of Undisputed Facts ("J.S."), Groff respectfully requests this Court grant partial summary judgment on liability for Count II (but reserving trial on remedy) and such other relief as this Court deems necessary, just, or proper.


Dated: January 16, 2024 

Respectfully submitted,

/s/ Aaron M. Streett

| | |
|---|---|
| Hiram Sasser, *pro hac vice* | Aaron M. Streett, *pro hac vice* |
| Stephanie N. Taub, *pro hac vice* | Christopher E. Tutunjian, *pro hac vice* |
| FIRST LIBERTY INSTITUTE | Beau Carter, *pro hac vice* (pending) |
| 2001 W. Plano Pkwy., Ste. 1600 | BAKER BOTTS L.L.P. |
| Plano, TX 75075 | 910 Louisiana St. |
| Tel.: (972) 941-4444 | Houston, TX 77002 |
| | Tel.: (713) 229-1234 |
| Alan J. Reinach, *pro hac vice* | |
| Jonathon Cherne, *pro hac vice* | Randall Luke Wenger |
| (forthcoming) | Jeremy L. Samek |
| CHURCH STATE COUNCIL | Janice Martino-Gottshall |
| 2686 Townsgate Rd. | INDEPENDENCE LAW CENTER |
| Westlake Village, CA 91361 | 23 North Front St. |
| Tel.: (805) 413-7398 | Harrisburg, PA 17101 |
| | Tel.: (717) 657-4990 |
| Joel A. Ready | |
| CORNERSTONE LAW FIRM, LLC | *Attorneys for Plaintiff* |
| 8500 Allentown Pike, Ste. 3 | *Gerald E. Groff* |
| Blandon, PA 19510 | |
| Tel.: (610) 926-7875 | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, a true and correct copy of this motion and the accompanying brief in support of partial summary judgment, proposed order, joint stipulation of undisputed facts, and appendix were electronically filed through the Court's CM/ECF system, which provides electronic service on all counsel of record.

*/s/ Aaron M. Streett*
Aaron M. Streett