# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GERALD E. GROFF,** | Case No. 5:19-cv-01879-JLS |
| *Plaintiff*, | **JOINT STATUS REPORT** |
| v. | Pretrial Conference: |
| **LOUIS DEJOY, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE,** | Date:   March 4, 2025<br>Time:   10:30 a.m. ET<br>Before: Honorable Jeffrey L. Schmehl |
| *Defendant*. | |

## I.     Status of the Case

The parties have concluded factual discovery. Because expert discovery was stayed pending the outcome of the summary judgment motions, expert discovery has not yet concluded. The parties anticipate concluding expert discovery by April 30, 2025.

## II.    Trial Scheduling

The parties anticipate that the jury trial in this matter will take 3-5 days. The parties are conferring about potential trial dates, with a final pretrial conference be set for approximately one to two weeks before trial. Plaintiff is available for trial the weeks of May 12 and May 26 and the weeks of June 1, June 9, and June 16. Defendant can be available for trial any week before May 26. Defendant's strong preference, subject to the Court's availability, would be to schedule trial for the week of May 12 or any time before then—because one of Defendant's counsel, Fernando Rivera, goes on parental leave starting May 27. The parties can discuss further availability with the Court at the upcoming conference.

1

**III.     Settlement**

The parties agree that a settlement conference or mediation may be productive, and they have agreed to conduct such discussions as soon as practical in order to conserve resources and avoid potentially unnecessary expense on expert discovery. The parties have reached out to Magistrate Judge Straw about available dates in the coming weeks and will inform the Court if the case settles.

Respectfully submitted this 25th day of February 2025.

**COUNSEL FOR PLAINTIFF:**

Hiram S. Sasser, III
Stephanie N. Taub
FIRST LIBERTY INSTITUTE
2001 W. Plano Pkwy., Ste. 1600
Plano, TX 75075
Tel: (972) 941-4444

Alan J. Reinach
Jonathon Cherne
CHURCH STATE COUNCIL
2686 Townsgate Road
Westlake Village, CA 91361
Tel: (805) 413-7398

Randall Luke Wenger
Jeremy L. Samek
INDEPENDENCE LAW CENTER
23 North Front Street
Harrisburg, PA 17101
Tel: (717) 657-4990

/s/ Joel A. Ready
Joel Aaron Ready
Cornerstone Law Firm
8500 Allentown Pike Suite 3
Blandon, PA 19510
Tel: (610) 926-7875

George Fibbe (*PHV pending*)
Scott Nelson (*PHV pending*)
Aaron M. Streett
Christopher E. Tutunjian
Beau Carter
BAKER BOTTS L.L.P.
910 Louisiana St.
Houston, TX 77002
Tel: (713) 229-1234

*Attorneys for Plaintiff*
*Gerald E. Groff*

**COUNSEL FOR DEFENDANT:**

                                         NELSON S.T. THAYER
                                         United States Attorney

                                       */s/ Gregory B. in den Berken*
                                       Gregory B. in den Berken
                                       Fernando I. Rivera
                                       Assistant United States Attorneys
                                       Eastern District of Pennsylvania
                                       615 Chestnut Street, Suite 1250
                                       Philadelphia, PA 19106
                                       Phone:   (215) 861-8200
                                       Email:   gregory.indenberken@usdoj.gov
                                                            fernando.rivera@usdoj.gov